UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Joseph Kimball**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

CASE NO.  96-6106-CR-GONZALEZ
             07-60452-CV-GONZALEZ

ORDER

**THIS CAUSE** has come before the Court on Defendant's Motion to Vacate, Set Aside or Correct Sentence [DE 1], Report and Recommendation of Judge White [DE 11], Objections to Report and Recommendations [DE 13], Motion for Reconsideration [DE 14] and Motion for Writ of Mandamus [DE 22].

Accordingly, having reviewed, _de novo_, the Report and Recommendations of the Magistrate, the pleadings and responses of the parties, and being otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report of the Honorable Patrick A. White is **RATIFIED, AFFIRMED AND ADOPTED** as the Order of this District Court. Specifically, Petitioner Kimball's claims are time-barred.

2. Petitioner's Motion to Vacate, Set Aside or Correct Sentence [DE 1] is **DENIED**;

3. Petitioner Kimball's Motion for Reconsideration [DE 14] and Motion for Writ of Mandamus [DE 22] are both **DENIED**.

4. All motions related to the civil case not otherwise ruled upon are **DISMISSED AS MOOT**; and

5. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 27TH day of May 2009.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: All Counsel